STIGLICH & HINCKLEY, LLP
MICHAEL L. HINCKLEY (CSBN: 161645)
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorney for Defendant
BARTHOLOMEW ALEXIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0428 SI (EDL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE DETENTION HEARING DATE |
| vs. | |
| BARTHOLOMEW ALEXIS, | |
| Defendant. | |

   Defendant BARTHOLOMEW ALEXIS, by and through his counsel Michael L. Hinckley and Assistant United States Attorney Andrew Scoble, hereby stipulate and agree to continue the detention hearing in the above entitled matter from September 19, 2007 at 9:30 a.m. to September 20, 2007 at 9:30 a.m. or to a date that is convenient to the Court. The parties further stipulate and agree that the time from September 20, 2007 is excluded as additional time is needed for counsel to prepare for the hearing and for pretrial service to complete its report for the Court.

   Pretrial services officer Tai Gaskin has been informed of and concurs with this request.

   IT IS SO STIPULATED.

Dated:  9/18/07                    /s/
                                   MICHAEL L. HINCKLEY
                                   Attorney for Defendant

- 1 -

|   |   |   |
|---|---|---|
| 1 | | BARTHOLOMEW ALEXIS |
| 2 | | |
| 3 | Dated: 9/18/07 . | /s/ |
| 4 | | ANDREW M. SCOBLE<br>Assistant United States Attorney |

**ORDER**

Pursuant to stipulation, Defendant BARTHOLOMEW ALEXIS' detention hearing is hereby continued from September 19, 2007 at 9:30 a.m. to September 20, 2007 at 9:30 a.m. and the time from is from September 19, 2007 to September 20, 2007 is excluded as the additional time is necessary for counsel to obtain and review discovery, prepare for the hearing, and for pretrial services to complete its report for the Court.

**IT IS SO ORDERED.**

Dated: September 18, 2007 .

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*

- 2 -