```
1  STIGLICH & HINCKLEY, LLP
   MICHAEL L. HINCKLEY (CSBN: 161645)
2  The CaCDS Building
   502 Seventh Street
3  San Francisco, California 94103
   Tel: 415.865.2539
4  Fax: 415.865.2538

5  Attorney for Defendant
   BARTHOLOMEW ALEXIS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0428 SI (EDL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE STATUS DATE |
| vs. | |
| BARTHOLOMEW ALEXIS, | |
| Defendant. | |

Defendant BARTHOLOMEW ALEXIS, by and through his counsel Michael L. Hinckley and Assistant United States Attorney Andrew Scoble, hereby stipulate and agree to continue the date set for status of bond posting in the above entitled matter from September 28, 2007 at 9:30 a.m. to October 9, 2007 at 11:00 a.m. or to a date that is convenient to the Court.

Good cause exists for the continuance as additional time is needed to complete the process of obtaining all necessary property documentation.

IT IS SO STIPULATED.

Dated: 9/27/07 .          /s/
                          _____
                          MICHAEL L. HINCKLEY
                          Attorney for Defendant
                          BARTHOLOMEW ALEXIS

Dated: 9/27/07 .          /s/
                          _____
                          ANDREW M. SCOBLE
                          Assistant United States Attorney

- 1 -

**ORDER**

Pursuant to stipulation, the date set for status of bond posting in the above entitled matter regarding BARTHOLOMEW ALEXIS is hereby continued from September 28, 2007 at 9:30 a.m. to October 9, 2007 at 11:00 a.m. as additional time is necessary to obtain and provide all necessary property documents.

**IT IS SO ORDERED.**

Dated: September 28, 2007.



HON. ELIZABETH D. LAPORTE
United States Magistrate

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28