MICHAEL HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Telephone: (415) 865-2539
Fax: (415) 865-2538

Attorney for Defendant
BARTHOLOMEW ALEXIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BARTHOLOMEW ALEXIS,<br><br>    Defendant.<br>_____/ | Case No. CR 06-0428 SI (EDL)<br><br>STIPULATION AND [P<s>ROPOSED</s>]<br>ORDER RE: MODIFY PRETRIAL<br>RELEASE TO INCLUDE TRAVEL |

Defendant BARTHOLOMEW ALEXIS, by and through his counsel MICHAEL HINCKLEY and Assistant United States Attorney ANDREW SCOBLE, hereby stipulate and agree that Mr. Alexis' pretrial release conditions may be modified as follows:

Defendant may travel to Stockton, California to spend the Christmas holidays with his In-Laws. Specifically, defendant will arrive in Stockton, California on December 24, 2007, spend the night at his In-Laws, and return home on December 25, 2007;

Defendant may also travel to Lincoln, California on December 29, 2007 to attend a surprise birthday celebration for his cousin's 60th birthday.

Defendant's is to provide contact information to United States Pretrial Services regarding his destinations.

Defendant's assigned Pretrial Services Officer has no objection to this request.

IT IS SO STIPULATED.

Dated: 12/17/2007.

/S/
MICHAEL HINCKLEY
Attorney for Defendant
BARTHOLOMEW ALEXIS

Dated: 12/17/2007.

/S/
ANDREW SCOBLE
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant BARTHOLOMEW ALEXIS's pretrial release conditions are modified as follows: Defendant may travel to Stockton, California on December 24, 2007, returning on December 25, 2007, and Defendant may travel to Lincoln, California on December 29, 2007. Defendant is to provide contact information regarding his travel to United States Pretrial Services.

**IT IS SO ORDERED.**

Dated: 12/19/07.

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

# PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On December 17, 2007, I personally served via U.S. Mail a copy of the attached on the following:

        Office of Pretrial Services
        United States Courthouse
        Suite 100C
        1301 Clay Street
        Oakland, CA

I declare under penalty of perjury that the foregoing is true and correct. Executed on 12/17/07, at Walnut Creek, California.

                                                          /s/
                                              Michael Hinckley

Law Offices
Stiglich & Hinckley

Stip. & [Proposed] Order re Modify Conditions of Pretrial Release To Permit Travel.